# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| MICHELE PECK, as Special Administrator of the Estate of Adam Peck, deceased, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:24-cv-01274-JES-JEH<br>)<br>) |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | )<br>)<br>) |
| Defendant. | )<br>) |

## STIPULATION FOR DISMISSAL

NOW COME the parties, by their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and stipulate and agree that the above and foregoing cause of action of the Plaintiff, Michele Peck, as Special Administrator of the Estate of Adam Peck, deceased, be dismissed with prejudice, in bar of action, each party to pay its own costs, cause of action satisfied.

    Michele Peck, as Special Administrator of
    the Estate of Adam Peck, deceased, Plaintiff

BY: /s/ James P. Ginzkey (w/consent)_____
    James P. Ginzkey, #3124355
    Ginzkey Law Office
    221 E. Washington St.
    Bloomington, IL  61701
    Phone:  309.821.9707
    service@ginzkeylaw.com
    jim@ginzkeylaw.com

             State Farm Mutual Automobile Insurance
               Company, Defendant,

          BY:  /s/ Patrick D. Cloud
           HEYL, ROYSTER, VOELKER & ALLEN, P.C.
           Patrick D. Cloud, #6282672
           105 West Vandalia, Suite 100
           Edwardsville, IL 62025
           Telephone  618.656.4646
           edwecf@heylroyster.com
           pcloud@heylroyster.com

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on January 8, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will cause a copy of the document to be served upon all counsel of record.

          /s/ *Patrick D. Cloud*
          HEYL, ROYSTER, VOELKER & ALLEN, P.C.

HEYL, ROYSTER, VOELKER & ALLEN, P.C.
105 West Vandalia, Suite 100
Edwardsville, IL 62025
Telephone  618.656.4646
Facsimile  309.420.0402
PRIMARY E-MAIL:  edwecf@heylroyster.com
SECONDARY E-MAIL #1: pcloud@heylroyster.com
SECONDARY E-MAIL #2: dseymoure@heylroyster.com
SECONDARY E-MAIL #3: abarron@heylroyster.com